DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

THE DEVEREUX FOUNDATION, INC., d/b/a DEVEREUX FLORIDA,
COMMUNITY PARTNERSHIP FOR CHILDREN, INC., FLORIDA
DEPARTMENT OF CHILDREN AND FAMILIES, HEARTLAND FOR
CHILDREN, INC., and GULF COAST JEWISH FAMILY AND
COMMUNITY SERVICES, INC.,
Appellants,

v.

S.D., a minor child, by and through his next friend,
DAVID BAZERMAN,
Appellee.

No. 4D14-1212

[August 13, 2014]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 13-021562 (14).

E. Blake Paul, J. Davis Connor and Matthew J. Vaughn of Peterson & Myers, P.A., Lakeland, for appellants.

Joel S. Fass of Colodny, Fass, Talenfeld, Karlinsky, Abate & Webb, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

We affirm the order on appeal. On remand, appellee shall be given leave to file an amended complaint specifying that he seeks damages only for injuries suffered in Broward County.

GROSS, CIKLIN, JJ., and KASTRENAKES, JOHN, Associate Judge, concur.

* * *

*Not final until disposition of timely filed motion for rehearing.*